[Civ. No. 6399. First Appellate District, Division Two.—May 28, 1928.]

ARATA & PETERS, INC. (a Corporation), Appellant, v. SNOW MOUNTAIN WATER & POWER COMPANY (a Corporation) et al., Respondents.

W. T. Plunkett for Appellant.

Max Thelen, Benjamin C. Jones, Thelen & Marrin and Pillsbury, Madison & Sutro for Respondents.

THE COURT.— This action involves a similar lien for the same supplies covered by·case No. 6397, *ante*, p. 227 [267 Pac. 932], and, upon the authority of that decision, the judgment herein is affirmed.

A petition by appellant to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on July 26, 1928.